IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| CHRISTOPHER E. METCALF, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 4:10-cv-01968-SWW |
| | * | |
| | * | |
| | * | |
| MICHAEL J. ASTRUE, Commissioner | * | |
| of Social Security, | * | |
| | * | |
| Defendant. | * | |

## JUDGMENT

Pursuant to the Opinion and Order entered in this matter on this date, it is Considered, Ordered, and Adjudged that this case be, and it hereby is, dismissed with prejudice.

IT IS SO ORDERED this 16th day of March 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE